IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN LACEY,       ) | |
|    Petitioner,       ) | |
| ) | Civil Action No. 13-00413-KD |
| v.       ) | |
| ) | Criminal Action No. 12-00046-KD-N |
| UNITED STATES OF AMERICA,       ) | |
|    Respondent.       ) | |

**ORDER**

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection (Doc. 94) is made, the Report and Recommendation (Doc. 88) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 11, 2015, is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that the Petitioner's two motions to compel discovery (Docs. 83, 86), his "Motion Requesting an Urgent Evidentiary Hearing/Motion to Amend Pending 18 USC § 2255" (Doc. 84), and his "Motion to Appeal Criminal Forfeiture under FRCP 32.2" (Doc. 85) are DENIED;

It is further ORDERED that Petitioner's "Motion to Amend Petitioner's 18 U.S.C. § 2255 Claims of Illegal Terry Pat and Breach of Proffer Agreement" (Doc. 89) is GRANTED; and

It is further ORDERED that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Docs. 69, 71), as supplemented (see Docs. 81, 82, 87, 89), is DENIED, that this action is DISMISSED with prejudice, that the Petitioner is found not entitled either to a Certificate of Appealability or to appeal in forma pauperis.

DONE and ORDERED this the 20th day of April 2015.

       /s/ Kristi K. DuBose
       **KRISTI K. DuBOSE**
       **UNITED STATES DISTRICT JUDGE**